IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:15-CV-00203-FL

CAREN FAULK,
    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of
Social Security,
    Defendant.

ORDER

Plaintiff's counsel filed a motion for approval of attorney's fees under section 206(b) of the Social Security Act, 42 U.S.C. § 406(b), in the amount of $7,402.95. Attorney's fees under section 206(b) are paid from past-due benefits awarded to a successful claimant. 42 U.S.C. § 406(b). Plaintiff has previously been awarded attorney's fees twice under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $2,747.75 (Dkt. No. 29) and $3,597.50 (Dkt. No. 30-3).

Defendant filed a response, stating that under *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002), it is the duty of the Court to determine a reasonable fee.

It is ORDERED that Plaintiff's counsel be awarded fees under 42 U.S.C. § 406(b) in the amount of $7,402.95, and refund to Plaintiff the smaller award between this amount and the EAJA award.

SO ORDERED, this 13th day of February, 2017.

LOUISE W. FLANAGAN
United States District Judge